# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv238

| | |
|---|---|
| JOSEPH D. MORGAN, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **O R D E R**<br>)<br>) |
| 3M COMPANY, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Conditional Remand Order received from the United States Judicial Panel on Multidistrict Litigation remanding this case for trial. [Doc. 78].

In light of the Conditional Remand Order, the Court will require the parties to conduct an attorneys' conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the parties and issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Upon receipt of the parties' report, the Court will enter a Pretrial Order and Case Management Plan setting this matter for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **June 7, 2012**, and that the parties shall file a status report with the Court no later than **June 14, 2012**.

**IT IS SO ORDERED**.

Signed: May 24, 2012

Martin Reidinger
United States District Judge