THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv238

| | |
|---|---|
| JOSEPH D. MORGAN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) **O R D E R** |
| 3M COMPANY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Dismissal of Defendant CertainTeed Corporation [Doc. 84].

For the reasons stated in the Plaintiffs' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 84] is **ALLOWED**, and the claims of Plaintiffs Joseph D. Morgan and Lisa M. Morgan, individually and as co-executors of the Estate of Eugene C. Morgan, against the Defendant CertainTeed Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: July 2, 2012

Martin Reidinger
United States District Judge