THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00238-MR

| | |
|---|---|
| JOSEPH D. MORGAN and LISA M. BOWLING, Individually and as Co-Executors of the ESTATE OF EUGENE C. MORGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <u>O R D E R</u><br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 89].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 89] is **GRANTED**, and Defendant A.W. Chesterton Company is hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: December 28, 2012

Martin Reidinger
United States District Judge