THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00238-MR

| | | |
|---|---|---|
| JOSEPH D. MORGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Metropolitan Life Insurance Company [Doc. 91].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 91] is **GRANTED**, and all claims by the Plaintiffs against Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: March 12, 2013

Martin Reidinger
United States District Judge